IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: 1:19-MJ-210 |
| | ) | Misdemeanor |
| v. | ) | |
| | ) | |
| VINCENT S. DARROW, | ) | Court Date: May 13, 2019 |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

(COUNT I – Class A Misdemeanor – 6676106)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about March 11, 2019, at Marine Corps Base, Quantico, Virginia within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, VINCENT S. DARROW, did unlawfully and intentionally damage personal property, not his own, specifically: two (2) tires, the property of E.P., said property having a value of less than one thousand ($1,000) dollars.

(Violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 18.2-137(A), 1950, as amended)

Respectfully Submitted,

G. Zachary Terwilliger
United States Attorney

Evan P. Clark
Special Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Criminal Information was mailed this  7  day of May 2019 to the defendant's home of record.

By: _____
Evan P. Clark
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3706
Fax: (703) 299-3980
Evan.Clark@usdoj.gov